UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD LEON WRIGHT, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VERADA BELMORE, et al.,<br><br>　　　　Defendants. | Case No.: 2:25-cv-02088-RFB-DJA<br><br>**ORDER** |

Plaintiff Donald Wright, an inmate in the custody of the Nevada Department of Corrections who is assigned Offender ID #1260106 and also known as Marshall Jones, submitted a civil-rights complaint under 42 U.S.C. § 1983. ECF No. 1-1. Plaintiff has not paid the full $405 filing fee or filed an application to proceed *in forma pauperis* in this lawsuit. *See* ECF No. 1. The Court will grant Plaintiff an extension of time to correct this defect.

**I.　DISCUSSION**

Plaintiff must pay the required filing fee or file a complete application to proceed *in forma pauperis* to continue with this action. The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1), (2); LSR 1-2. *In forma pauperis* status does not

relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.     CONCLUSION

It is therefore ordered that Plaintiff has **until January 2, 2026**, to either pay the full $405 filing fee or file: (1) a completed application to proceed *in forma pauperis* with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate with instructions, and to retain the complaint (ECF No. 1-1) but not file it at this time.

The Clerk of the Court is further directed to update Plaintiff's name on the docket to include that he is also known as Marshall Jones and update his prison-identification number from 126106 to 126**0**106.

DATED: November 4, 2025

_____
UNITED STATES MAGISTRATE JUDGE