UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD LEON WRIGHT, JR., Plaintiff<br>v.<br>VERANDA BELMORE, et al., Defendants | Case No. 2:25-cv-02088-RFB-DJA<br>**ORDER** |

Plaintiff Donald Wright, Jr., brings this civil-rights action to redress constitutional violations that he allegedly suffered while incarcerated at High Desert State Prison. (ECF No. 20). Plaintiff filed an application to proceed *in forma pauperis* for an inmate. (ECF No. 6). Plaintiff also filed a notice updating his address. (ECF No. 25.) In his notice, Plaintiff states that he has been released from custody and provides a new address. Because Plaintiff is no longer incarcerated, his application to proceed *in forma pauperis* for an inmate is moot.

## I. CONCLUSION

It is therefore ordered that the application to proceed *in forma pauperis* for an inmate (ECF No. 6) is denied as moot.

It is further ordered that Plaintiff has until **December 23, 2026**, to perform the following tasks:

(i) **either** pay the full $405 filing fee for this civil action, **or**

(ii) file an application to proceed *in forma pauperis* for non-inmates.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can comply with this Court's local rules.

///

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner with instructions.

DATED: November 24, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE